ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Bath Iron Works Corporation | ) ASBCA No. 62771 |
| | ) |
| Under Contract No. N00024-09-C-2302 | ) |

APPEARANCES FOR THE APPELLANT:    David Robbins, Esq.
    Won K. Lee, Esq.
     Jenner & Block, LLC
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
    Nicole R. Best, Esq.
    David M. Marquez, Esq.
     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 25, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62771, Appeal of Bath Iron Works Corporation, rendered in conformance with the Board's Charter.

Dated:  January 27, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals